(No. 76-CC-3164— )

JOHN L. CAIN, Claimant, *v.* STATE OF ILLINOIS, Respondent.

*Order filed November 29, 1978.*

This matter comes before the Court on a motion by Respondent to dismiss this cause.

In a recent case, *Jewel Food Stores, Division of Jewel Companies, Inc. v. State of Illinois,* this Court made a ruling in cases of this nature.

Based upon said decision, Respondent's motion to dismiss is hereby denied and an award is entered in the amount of $3.00 in favor of Claimant.